**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Simply Baked Gluten Free, LLC** | |

| | | | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Connections Gluten Free**<br>**FDBA  The Coffee Connection Connection** | |

| | | | |
|---|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-4578071** | |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1203 W. Remington Blvd.**<br>**Romeoville, IL 60446** | **206 Sophia Street**<br>**West Chicago, IL 60185** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Will** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)    **http://simplybakedglutenfree.com/**

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     **Simply Baked Gluten Free, LLC**                                                   Case number (*if known*) _____
           Name

**7.  Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   <u>  3118  </u>

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**      *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor   **Simply Baked Gluten Free, LLC**                                    Case number *(if known)* _____
         Name

---

**11. Why is the case filed in**        *Check all that apply:*
    **this district?**

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
    preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or**     ■ No
    **have possession of any**     ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **real property or personal**
    **property that needs**
    **immediate attention?**

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
   livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____

         Contact name  _____

         Phone  _____

---

### Statistical and administrative information

**13. Debtor's estimation of**     .   *Check one:*
    **available funds**

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of**     ■ 1-49             ☐ 1,000-5,000        ☐ 25,001-50,000
    **creditors**               ☐ 50-99            ☐ 5001-10,000        ☐ 50,001-100,000
                                ☐ 100-199          ☐ 10,001-25,000      ☐ More than100,000
                                ☐ 200-999

---

**15. Estimated Assets**        ■ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

**16. Estimated liabilities**   ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
                                ■ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

Debtor    **Simply Baked Gluten Free, LLC**
          Name                                                          Case number (*if known*) _____

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  2, 2018**
               MM / DD / YYYY

**X** **/s/ Mary C Welch**                              **Mary C Welch**
Signature of authorized representative of debtor          Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ John J Lynch**                         Date    **February  2, 2018**
Signature of attorney for debtor                           MM / DD / YYYY

**John J Lynch 6270193**
Printed name

**Lynch Law Offices, P.C.**
Firm name

**1011 Warrenville Road, Ste. 150**
**Lisle, IL 60532**
Number, Street, City, State & ZIP Code

Contact phone    **630-960-4700**          Email address    **SWalker@Lynch4Law.Com**

**6270193 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Simply Baked Gluten Free, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  2, 2018**   X **/s/ Mary C Welch**
   Signature of individual signing on behalf of debtor

   **Mary C Welch**
   Printed name

   **President**
   Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Simply Baked Gluten Free, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................    $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................    $     **14,065.41**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................    $     **14,065.41**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $     **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $     **610.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$     **177,185.00**

4.   **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b       $     **177,795.00**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Simply Baked Gluten Free, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BMO Harris** | **Business Checking Account** | 5681 | $494.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**      **$494.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security Deposit - commercial lease S & N Properties** | $2,000.00 |
| 7.2. | **Commonwealth Edison** | $1,260.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Simply Baked Gluten Free, LLC**

Name

Case number *(If known)* _____

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| $3,260.00 |

**Part 3:**    Accounts receivable

10.  **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **2,311.41**    -    **0.00**    = ....    $2,311.41

face amount    doubtful or uncollectible accounts

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $2,311.41 |

**Part 4:**    Investments

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.

☐ Yes Fill in the information below.

**Part 5:**    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** **Bakery Ingredients -** **Some Customer Owned** | 1/31/18 | $600.00 | Replacement | $500.00 |
| Baking Supplies | 12/31/17 | $1,500.00 | Liquidation | $1,500.00 |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $2,000.00 |

24.    **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Simply Baked Gluten Free, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☑ No. Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☑ No. Go to Part 8.
   ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Stainless Steel Tables, Rubber Made Ingredient Bins, Metal Storage Racks, Air Compressor,**<br>**140 Qt. Mixer, Warehouse Ladder, Dough Hook and Bakery Pan Molds, Cooling Racks, Floor Jack,**<br>**Plastic Containers and Lids, Shipping pallets, Shipping Bowls and Misc. Containers.** | $0.00 | Liquidation | $6,000.00 |

51. **Total of Part 8.**

   Add lines 47 through 50.  Copy the total to line 87.

   | $6,000.00 |
   |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☑ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Simply Baked Gluten Free, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

<table>
<tr><td style="background:black;color:white">Part 9:</td><td>**Real property**</td></tr>
</table>

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

---

<table>
<tr><td style="background:black;color:white">Part 10:</td><td>**Intangibles and intellectual property**</td></tr>
</table>

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

---

<table>
<tr><td style="background:black;color:white">Part 11:</td><td>**All other assets**</td></tr>
</table>

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Simply Baked Gluten Free, LLC**

Name

Case number *(If known)* _____

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $494.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,260.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,311.41 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $14,065.41 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $14,065.41 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Simply Baked Gluten Free, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
    amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name   **Simply Baked Gluten Free, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Illinois Department of Revenue**<br>**P.O. Box 64338**<br>**Chicago, IL 60664** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$610.00** | **$610.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**1st Qtr Unemployment** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**Badger Murphy**<br>**652 N. Western Ave.**<br>**Chicago, IL 60612** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,069.00** |
|---|---|---|---|
| | Date(s) debt was incurred<br>Last 4 digits of account number   **Various** | Basis for the claim:   **Credit Account**<br><br>Is the claim subject to offset?   ☐ No   ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Breads from Anna**<br>**3007 Sierra Court SW**<br>**Iowa City, IA 52240** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$182.00** |
| | Date(s) debt was incurred<br>Last 4 digits of account number | Basis for the claim:   **Baking Supplies**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | |

| Debtor | **Simply Baked Gluten Free, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $882.00 |
| | **Brown & Joseph**<br>**PO Box 59838**<br>**Schaumburg, IL 60159** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Hartford Insurance__ | |
| | Last 4 digits of account number  **Various** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $958.00 |
| | **Central Baking Supplies**<br>**1500 S. Western**<br>**Chicago, IL 60608** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Credit Account__ | |
| | Last 4 digits of account number  **Various** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $949.00 |
| | **Chicago Rabbinical Council**<br>**2701 W. Howard Street**<br>**Chicago, IL 60645** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Credit Account__ | |
| | Last 4 digits of account number  **Various** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $421.00 |
| | **Comcast Cable**<br>**PO Box 3001**<br>**Southeastern, PA 19398** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Utilities__ | |
| | Last 4 digits of account number  **Various** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $505.00 |
| | **ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Utilities__ | |
| | Last 4 digits of account number  **Various** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $61.00 |
| | **Conpac Group**<br>**554 Territorial Drive**<br>**Bolingbrook, IL 60440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Credit Account__ | |
| | Last 4 digits of account number  **Various** | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Corporation Service Company**<br>**PO Box 2576**<br>**Springfield, IL 62708** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Notice Only__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Simply Baked Gluten Free, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,627.00 |
|---|---|---|---|

**Dawn Foods**
9601 Georgia St.
Crown Point, IN 46307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **Various**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $693.00 |
|---|---|---|---|

**Domata**
PO Box 24074
Minneapolis, MN 55424

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **Various**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,172.00 |
|---|---|---|---|

**FundBox.Com**
300 Montgomery St.
San Francisco, CA 94104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Loan**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $587.00 |
|---|---|---|---|

**JM Swank, LLC**
395 Herky Street,
PO Box 365
North Liberty, IA 52317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **Various**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $473.00 |
|---|---|---|---|

**Larsen Packaging**
419 Village Drive
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Account**

Last 4 digits of account number  **Various**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,800.00 |
|---|---|---|---|

**LoanMe, Inc.**
1900 S. State College Blvd, # 300
Anaheim, CA 92806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 29, 2017**

Basis for the claim:  **Business Loan**

Last 4 digits of account number  **3260**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,000.00 |
|---|---|---|---|

**Mary C. Welch**
206 Sophia Street
West Chicago, IL 60185

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Member loan to LLC**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **Simply Baked Gluten Free, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$243.00** |
| | **MOSA**<br>**PO Box 821**<br>**Viroqua, WI 54665** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Business Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$713.00** |
| | **NiCor Gas**<br>**PO Box 5407**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **Various** | Basis for the claim:  **Utilities** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$82.00** |
| | **Orkin**<br>**503 E. Diehl Road, Ste 124**<br>**Naperville, IL 60563** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **Various** | Basis for the claim:  **Credit Account** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,922.00** |
| | **RCS Investments, Inc.**<br>**7 N 120 Weybridge Dr.**<br>**Saint Charles, IL 60175** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **Various** | Basis for the claim:  **Corporate Loans** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,922.00** |
| | **S&N Properties**<br>**747 E. Boughton Road, Ste 133**<br>**Bolingbrook, IL 60440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **Various** | Basis for the claim:  **Commercial Line of Credit** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20.00** |
| | **Solutions Networking**<br>**582 Territorial Drive Suite E/F**<br>**Bolingbrook, IL 60440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **Various** | Basis for the claim:  **Credit Account** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$760.00** |
| | **ULine**<br>**Attn:  Accounts Receivable**<br>**PO Box 88741**<br>**Chicago, IL 60680-1741** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **Various** | Basis for the claim:  **Credit Account** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Simply Baked Gluten Free, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $588.00 |
|---|---|---|---|

**Waste Management**
P.O. Box 4648
Carol Stream, IL 60197

Date(s) debt was incurred _

Last 4 digits of account number  **Various**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Waste Removal**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,556.00 |
|---|---|---|---|

**WebBank**
c/o CAN Capital Asset Servicing Inc
155 N 400 West, Ste. 315
Salt Lake City, UT 84103

Date(s) debt was incurred  **10/19/2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Loan**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 610.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 177,185.00 |
| **5c. Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c. | $ | 177,795.00 |

**Fill in this information to identify the case:**

Debtor name    **Simply Baked Gluten Free, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**    State what the contract or lease is for and the nature of the debtor's interest    **Commercial Processing Plant** | |
|      State the term remaining    **3 Years** | **S&N Properties** |
|      List the contract number of any government contract _____ | **747 E Boughten Rd., Ste. 133 Bolingbrook, IL 60440** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Simply Baked Gluten Free, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an
  amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Mary C. Welch** | **206 Sophia Street**<br>**West Chicago, IL 60185** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Simply Baked Gluten Free, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other | **$4,080.00** |
   | **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$244,767.00** |
   | **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$303,419.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor   **Simply Baked Gluten Free, LLC**                                   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **LoanMe.Com** | **Nov 2017 ($2561.88) December 2017 ($2445.08)** | **$5,123.76** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **WebBank c/o CAN Capital Asset Servicing Inc 155 N 400 West, Ste. 315 Salt Lake City, UT 84103** | **Nov 2017 ($2445.08) Dec 2017 ($2445.08) Jan 2018 ($2445.08** | **$7,335.24** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Internal Revenue Service (IRS) PO Box 7346 Philadelphia, PA 19101-7346** | **1/31/18; 2/20/2018** | **$8,665.17** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_**Tax Payments**_ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Practial Baker** | **Kook-e King Pneumatic Cookie Depositor** | **1/31/18** | **$15,800.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    **Simply Baked Gluten Free, LLC**_____    Case number *(if known)*_____

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| | | | |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Lynch Law Offices, P.C.**<br>**1011 Warrenville Road, Ste. 150**<br>**Lisle, IL 60532** | **Attorney Fees** | **1/2018** | **$2,835.00** |
| | Email or website address<br>**SWalker@Lynch4Law.Com** | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

---

Debtor    **Simply Baked Gluten Free, LLC**                                  Case number *(if known)* _____

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Next Phase Enterprises Co. c/o Haq Chaudary 608 S. Beverly Ave. Addison, IL 60101** | **Attached as Exhibit A** | **January 15, 2018** | **$12,000.00** |
| | **Relationship to debtor None** | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1203 N. Remington Blvd Romeoville, IL 60446** | **11/2015 - 2/1/2018** |
| 14.2. | **206 Sophia Street West Chicago, IL 60185** | |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

| Debtor | **Simply Baked Gluten Free, LLC** | Case number *(if known)* |
|---|---|---|

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wheaton Bank and Trust** | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 1/19/2018 | $3,900.00 |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor    **Simply Baked Gluten Free, LLC**                          Case number *(if known)* _____

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

     ■ No.
     ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

     ■ No.
     ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

     ■ No.
     ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

     ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
        ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Creative Business Authority** | **11/2015 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

     ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Creative Business Authority** | **11/2015 - Present** |

Debtor    **Simply Baked Gluten Free, LLC**      Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Naughton CPA** <br> **c/o Patrick Naughton** <br> **2210 Dean Street, Ste. N-2** <br> **Saint Charles, IL 60175** | **Corporation Tax Filing** <br> **2016 and 2017 Tax Returns** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Mary Welch** <br> **206 Sophia Street** <br> **West Chicago, IL 60185** | |
| 26c.2.   **Peter LaSalle Bookkeeping Service** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No <br> ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mary C Welch** | **206 Sophia Street** <br> **West Chicago, IL 60185** | **President / Partner / Investor** | **51** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **RCS Investments, Inc.** | **7 N 120 Weybridge Dr.** <br> **Saint Charles, IL 60175** | **Partner / Investor** | **49** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No <br> ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **Simply Baked Gluten Free, LLC** _____    Case number *(if known)* _____

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  2, 2018**
_____

**/s/ Mary C Welch**
_____
Signature of individual signing on behalf of the debtor

**Mary C Welch**
_____
Printed name

Position or relationship to debtor    **President**
_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207)** attached?
☐ No
☑ Yes

| **Exhibit A** |
|---|
| **Asset Purchase Agreement (012218SBGF)** |
| **Acquired Assets** |
| **Production Assets** |
| Varimixer - 150 QT. |
| Hobart Oven HBA-2G Gas Oven - Double Rack |
| 80 gal Compressor 230v with extended hose |
| Toyota Electric Forklift (Model 5FBCU15) |
| Scales, Bread Slicer, Industrial Fans, Baking Racks and Pans |

| **Storage Equipment** |
|---|
| Continental Wide Freezer (3 door) |
| Turbo Air 3 Section Stainless Refrigerator |
| 6 Stainless tables |
| 1 Stainless HEAVY DUTY - on Wheels |
| 3 - 27 gallon mobile bin |
| 5 - 21 gallon mobile bin |
| 1 - 6.3 gallon shelf ingredient bin |
| 2 - 12.6 gallon shelf ingredient bin |
| 2 - 30 gallon mobile bin |
| 3 Standup Freezers |
| 1 Standup Freezer |
| Packaging/Shipping Materials, Pallets, Other Misc Supplies |

| **Intagible Assets** |
|---|
| **URLs and IT Assets** |
| www.simplybakedglutenfree.com (URL/Domain Name) |
| www.connectionsglutenfree.com (URL/Domain Name) |
| www.coffeecakeconnection.com (URL/Domain Name) |
| Simply Baked Gluten Free - All Social Media and eCommerce Accounts and Pages (Facebook, Twitter, LinkedIn, Amazon, etc) |
| Connections Gluten Free - All Social Media and eCommerce Accounts and Pages (Facebook, Twitter, LinkedIn, Amazon, etc) |
| The Coffeecake Connection - All Social Media and eCommerce Accounts and Pages (Facebook, Twitter, LinkedIn, Amazon, etc) |
| Brands and All Associated Goodwill and Collateral Materials (Logos, Labels, Sell Sheets, etc.) |
| Simply Baked Gluten Free |
| Connections Gluten Free |
| The Coffeecake Connection |

Seller Initials: _____

Buyer Initials: _____

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Simply Baked Gluten Free, LLC** _____   Case No. _____
                                          Debtor(s)                 Chapter   **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,500.00** |
| Prior to the filing of this statement I have received | $ | **2,500.00** |
| Balance Due | $ | **0.00** |

2.   $  **335.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor     ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
     copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Adversary proceedings and Reaffirmation negotiations or appearance at any reaffirmation hearings.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**February  2, 2018** _____            /s/ **John J Lynch**
_Date_                                             **John J Lynch 6270193**
                                                   _Signature of Attorney_
                                                   **Lynch Law Offices, P.C.**
                                                   **1011 Warrenville Road, Ste. 150**
                                                   **Lisle, IL 60532**
                                                   **630-960-4700  Fax: 630-324-7131**
                                                   **SWalker@Lynch4Law.Com**
                                                   _Name of law firm_

---

Lynch Law Offices, P.C.

# CHAPTER 7 - BANKRUPTCY RETAINER AGREEMENT

Client Name: _Simply Bakes Glen free LLC_          Date: _1/16/18_

The undersigned, (Client), retains Lynch Law Offices, P.C. (Attorney) to represent Client in a Chapter 7 Bankruptcy proceeding and Attorney accepts this employment.  Attorney has agreed to represent client for a Chapter 7 Bankruptcy Attorney Fee of $ 2,500.00 with estimated cost of $ 335.00 for filing fee.

Total due to File the Bankruptcy:   $ _2,500.00_
Minimum Down payment today of   $ _500.00_                     Balance Due to file $ _2 33_

Balance to be paid as follows: Auto Debit – _____

Lynch Law Offices, P.C. Pre-Petition Attorney Fee is    $_____   Costs Paid $ _____
Lynch Law Offices, P.C. Post-Petition Attorney Fee is  $_____   Costs Due $ _____
Total Post Petition Fees and costs due $ _____

I understand that after my Bankruptcy is filed; I may sign a second retainer agreement promising to pay for Post-Petition Legal Services to be performed by Lynch Law Offices, P.C. I understand that I will be under no obligation to do so and can refuse to sign such an agreement However, Lynch Law Offices, P.C. reserves the right to withdraw representation (pursuant to Local Standing Order dated 2/17/04 & Local Bankruptcy Rule 2091-1 B) In the event that I do not elect to enter into the Post-Petition Contract.

Payments on the above attorney fee are "advance payment retainers" and become property of this firm on payment. **Down payments cover all work done after the free consultation and are performed at contract rate and are not refundable. The minimum down payment of $500.00 is non-refundable.** Payments are applied to your "flat fee". If you or we terminate this contract, we will bill you for any work done at $350.00/hr. attorney time and $95/hr. clerk time with an accounting within 30 days if requested in writing. Once the petition is completed and you are notified that a signing appointment is scheduled 80% of the fee is due and non-refundable. Any unearned fees will be promptly refunded after the delivery of the invoice.

## TERMS AND CONDITIONS

1. I/We acknowledge receipt of 11 U.S.C. 527(a) disclosures (attached as Exhibit A).
2. The attorney fee includes analysis of your financial situation, and rendering advice in determining whether to file a petition in bankruptcy. Preparation and filing of any petition, schedules statement of affairs which may be required, representation at one meeting of creditors.
3. Fee does NOT include missed court dates and amendments to schedules, audits and examinations in addition to meeting of creditors, contested matters, non-routine motions, objections to discharge or adversary complaints. Fees for these additional services will be billed at the rate of $350.00 per hour if necessary and, if requested attorney agrees to provide a separate retainer agreement for these matters.
4. **No case will be filed in court unless I provide fee, costs and info and I sign my petition. I/We understand collection action (including but not limited to garnishment, levy and foreclosure) continues until case is filed in bankruptcy court.**
5. I/We understand the option of both Chapter 13 and Chapter 7. I/We understand that the U.S. Trustee may oppose a Chapter 7 filing on grounds of excess income, or abuse, or other grounds.
6. I/We understand that my attorney may refuse to sign a reaffirmation agreement on my secured debts if it imposes an undue hardship upon me. One (1) reaffirmation agreements are included in the flat fee. Any additional reaffirmations agreements will be billed separately in the amount of $150.00 per Agreement.
7. I/We understand that Bankruptcy law only permits me to protect a certain amount of my property by exempting it, and that ANY non-exempt property may be taken by the Chapter 7 trustee and sold. I agree to read my final petition and provide accurate information. If ANY property is not claimed exempt the Chapter 7 Trustee can sell it if I do not or cannot buy out the Trustee's interest.
8. Creditors and the U.S. Trustee can object to discharge in Chapter 7 for many reasons and I have discussed this with my attorney.
9. I understand that certain debts such as student loans, child and/or spousal support, recent taxes, fines, matters regarding fraud, traffic and criminal fines and debts creditors successfully object to are NOT dischargeable in Chapter 7.
10. If I close my file or breach this contract I agree to pay for the work done up to and including the final closing of the case.
11. I/We agree not to incur or transfer debt or property before this case is filed and discharged, without court permission.

Form 3.2.1 Rev. 7/10/17

**Lynch Law Offices, P.C.**

12. I/We assign to my attorney all amounts tendered as filing fees and authorize my attorney to transfer said funds from his trust account to his operating account if case is not filed.

13. I/We have filed all tax returns for last 4 years or will file them before this case is filed. I/We understand that the case will be dismissed by the US Trustee if all tax returns are not filed.

14. I agree that more than one attorney may work on my case and that if the firm name or structure changes this agreement remains in force with the new entity. We hire other attorneys to work with this law firm and part of your fees may be paid to them on the basis of work & responsibility.

15. I understand that I must keep child support payments current, I also understand that I must provide the name and address for the person receiving the support payments and that he/she may be notified of my bankruptcy.

16. Chapter 7 Discharge is subject to Court and creditor approval or objection.

17. I/We understand that if I/we have a lawsuit or get served with a summons, I/we agree to do all things necessary to file this bankruptcy case before a judgment is entered. Judgments become liens on all real and personal property, and the resulting lien may not be able to be eliminated. I/We may be asked to provide a real estate appraisal before filing. If I/we have a foreclosure suit pending, I/we understand that it may proceed quickly to a sheriff sale. It is my/our duty to do what is necessary to file this bankruptcy prior to the foreclosure sale. I release Lynch Law Offices, P.C and their attorneys and his associated attorney from any liability for judgments resulting in garnishments or liens on property before my case is filed. It is understood that Lynch Law Offices, P.C does not represent me in any lawsuits and is only representing my/our interests in the bankruptcy matter. Any information or assistance offered by Lynch Law Offices, P.C in other matters is strictly for informational purposes only and does not constitute legal representation nor legal counsel in that matter.

### The undersigned client agrees and understands the following

1. **Two credit counseling classes are required.** I will take 2 classes: One Credit Counseling before filing and One Financial Class within 10 days after Filing. I will provide my attorney the certificates to file in court.

2. **Document production required.** Before filing, I agree to supply my attorney with copies, not originals, of a. Last 7 months of pay stubs before filing; b. Last 2 years of filed federal tax transcripts or filed stamped copies of returns; c. The previous 3 months of bank statements for all accounts; d. Proof of all household income I have received in the last 7 months; e. Any documents on the document list we are giving you for your district or that the trustee asks for after filing; f. If you have high credit card balances, the last 2 years statements: after filing you may not be able to get them.

3. **Truthfulness under penalty of perjury:** I must tell the truth in all matters and a. List all creditors. I agree that is my responsibility and I will pay any unlisted creditors; b. List all property including cash value life insurance, household goods and real estate interests; c. List all joint property with others and any transfers of property in last 10 years; d. Supply any information after filing that my attorney or my Trustee requests.

4. **Chapter 7 or 13 eligibility:** The Chapter I can file is determined by my income and expenses allowed under the IRS guidelines. It is possible that as I continue to supply information to my attorney, the advice I have been given may change, which may mean that I will have to file a Chapter different from the one I originally agreed to. If that happens, I still have to pay for work done if I decide not to file the bankruptcy.

5. **Time Sensitive:** Do NOT delay in supplying the information that we are requesting. The information and documentation is extremely time sensitive. If my information changes, or I fail to make regular payments no less than each 30 days on fees, and pay my fees and costs in full within 4 months, my case may be closed by this office and I may have to pay all fees in cash with an additional fee to reopen it and continue, and supply necessary information again.

6. **Tax Refunds:** If I receive a tax refund, it is possible that there has been over-withholding too much tax, creating excess income I could use now to pay expenses or debt. I agree to turn over any tax refunds due or received after filing to the Trustee. I have been advised to go to my tax preparer or an IRS service office and adjust my withholding before filing so it covers my tax liability and no more.

7. **Credit Report Consent:** I give authorization for Online Credit Reporting Corporation to access my credit report information including all medical information being reported and I give authorization for Lynch Law Offices, P.C. to order and review my credit report. By signing this document you are verifying all the information above is correct.

### I/we have read the above; the attorney has explained any questions and I agree to all terms.

_Mary Christine Welch_

Date: 1/16/1?

Lynch Law Offices, P.C.

By:

Down payment received by: _____

Date: _____ Amt. _____

# United States Bankruptcy Court
## Northern District of Illinois

In re __Simply Baked Gluten Free, LLC_____

Debtor(s)

Case No. _____

Chapter __7_____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____27__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: __February  2, 2018_____

__/s/ Mary C Welch_____
__Mary C Welch__/__President__
Signer/Title

Badger Murphy
652 N. Western Ave.
Chicago, IL 60612


Breads from Anna
3007 Sierra Court SW
Iowa City, IA 52240


Brown & Joseph
PO Box 59838
Schaumburg, IL 60159


Central Baking Supplies
1500 S. Western
Chicago, IL 60608


Chicago Rabbinical Council
2701 W. Howard Street
Chicago, IL 60645


Comcast Cable
PO Box 3001
Southeastern, PA 19398


ComEd
PO Box 6111
Carol Stream, IL 60197


Conpac Group
554 Territorial Drive
Bolingbrook, IL 60440


Corporation Service Company
PO Box 2576
Springfield, IL 62708


Dawn Foods
9601 Georgia St.
Crown Point, IN 46307


Domata
PO Box 24074
Minneapolis, MN 55424

FundBox.Com
300 Montgomery St.
San Francisco, CA 94104


Illinois Department of Revenue
P.O. Box 64338
Chicago, IL 60664


JM Swank, LLC
395 Herky Street,
PO Box 365
North Liberty, IA 52317


Larsen Packaging
419 Village Drive
Carol Stream, IL 60197


LoanMe, Inc.
1900 S. State College Blvd, # 300
Anaheim, CA 92806


Mary C. Welch
206 Sophia Street
West Chicago, IL 60185


MOSA
PO Box 821
Viroqua, WI 54665


NiCor Gas
PO Box 5407
Carol Stream, IL 60197


Orkin
503 E. Diehl Road, Ste 124
Naperville, IL 60563


RCS Investments, Inc.
7 N 120 Weybridge Dr.
Saint Charles, IL 60175


S&N Properties
747 E. Boughton Road, Ste 133
Bolingbrook, IL 60440

S&N Properties
747 E Boughten Rd., Ste. 133
Bolingbrook, IL 60440


Solutions Networking
582 Territorial Drive Suite E/F
Bolingbrook, IL 60440


ULine
Attn: Accounts Receivable
PO Box 88741
Chicago, IL 60680-1741


Waste Management
P.O. Box 4648
Carol Stream, IL 60197


WebBank
c/o CAN Capital Asset Servicing Inc
155 N 400 West, Ste. 315
Salt Lake City, UT 84103

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Simply Baked Gluten Free, LLC**

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Simply Baked Gluten Free, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February  2, 2018**

Date

**/s/ John J Lynch**

**John J Lynch 6270193**

Signature of Attorney or Litigant

Counsel for    **Simply Baked Gluten Free, LLC**

**Lynch Law Offices, P.C.**

**1011 Warrenville Road, Ste. 150**
**Lisle, IL 60532**
**630-960-4700 Fax:630-324-7131**
**SWalker@Lynch4Law.Com**